1 McCARRON & DIESS
Kate Ellis, Esq.
2 4900 Massachusetts Avenue, N.W.
Suite 310
3 Washington, D.C. 20016
Telephone: (202) 364-0400
4 Facsimile: (202) 364-2731
E-Mail: kellis@mccarronlaw.com
5

6 CHOATE AND CHOATE
Joseph Choate, Jr. S. B. No. 039018
7 Robert P. Lewis, Jr., S. B. No. 057624
Bradley L. Cornell, S. B. No. 162384
8 2596 Mission Street, Suite 300
San Marino, California 91108-1679
9 Telephone: (213) 623-2297
Facsimile: (213) 623-6429
10 E-Mail: rpljr@choatelaw.net

11 Counsel for Plaintiff
Unified, Ltd. d/b/a/ Pan American Banana
12

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNIFIED, LTD., d/b/a PAN AMERICAN BANANA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>REY & REY PRODUCE, INC., a California corporation; MANUEL REYNOSO, an individual; and ELIZABETH REYNOSO, an individual,<br><br>　　　　Defendants. | Case No. CV 08-01525 RSWL (Ex)<br><br>**ORDER AND JUDGMENT**<br>(Hon. Ronald S. W. Lew) |

**HAVING REVIEWED AND CONSIDERED** the Consent Judgment, Stipulation and Order ("Stipulation") for a Judgment against Defendants Rey & Rey Produce, Inc., Manuel Reynoso, and Elizabeth Reynoso, heretofore filed herein, and it appearing to the

1.
_____
ORDER AND JUDGMENT

1 satisfaction of the Court that judgment and relief in accordance
2 with the terms of the Stipulation should be entered, it is hereby
3 **ORDERED, ADJUDGED AND DECREED** as follows:

4     **ORDERED** that the Stipulation is approved in its entirety; and
5 it is further

6     **ORDERED** that Plaintiff Unified, Ltd. d/b/a Pan America Banana,
7 is a valid trust beneficiary under the provisions of the Perishable
8 Agricultural Commodities Act ("PACA"), 7 U.S.C. §499e(c), against
9 Defendants, Rey & Rey Produce, Inc., Manuel Reynoso, and Elizabeth
10 Reynoso (Settling Defendants), jointly and severally, in the
11 principal amount due of $45,254.89  plus attorneys' fees in the
12 amount of $18,106.71, and interest in the amount of $2,500.00, for
13 a total amount due of $65,861.60 ("Judgment Amount"); and it is
14 further

15     **ORDERED** that judgment is entered in favor of Plaintiff and
16 against Settling Defendants Rey & Rey Produce, Inc., Manuel
17 Reynoso, and Elizabeth Reynoso jointly and severally, in the amount
18 of $65,861.60 under the trust provisions of the PACA, 7 U.S.C. §
19 499e(c); and it is further;

20     **ORDERED** that if Settling Defendants default in their
21 obligations and fail to cure the default, as set forth in paragraph
22 3 of the Stipulation, Plaintiff is granted leave to move that the
23 case be reopened and to apply to the Court for an amendment of the
24 Judgment to provide that Defendants, Rey & Rey Produce, Inc., Manuel
25 Reynoso, and Elizabeth Reynoso are jointly and severally liable to
26 ///
27 ///
28 ///

1 Plaintiff for the full principal amount due plus accumulated
2 interest, reasonable attorneys' fees, and costs, less any payments
3 made to Plaintiff, under the trust provisions of the PACA.

5 Dated: September 30, 2008.

```
                                    / s /
                            _____
                            Honorable Ronald S.W. Lew
                            Senior U.S. District Judge
```

CHOATE AND CHOATE
2596 Mission Street
Suite 300
San Marino, CA  91108-1679
(213) 623-2297